IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON CURRY,<br>　　　　Plaintiff | No. 3:24cv1026<br><br>(Judge Munley) |
| v. | |
| AGENT KELLY PORAY, and JOHN DOE SUPERVISORS 1-20,<br>　　　　Defendants | |

## ORDER

**AND NOW**, to wit, this 12th day of June 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Agent Kelly Poray's motion to dismiss Plaintiff Shannon Curry's complaint, (Doc. 8), is **GRANTED**;

2) Plaintiff's claims asserted pursuant to 42 U.S.C. § 1983 ("Section 1983") are **DISMISSED** without prejudice;

3) Plaintiff is granted leave to file an amended complaint regarding her Section 1983 claims only;

4) Any amended complaint shall be filed within 20 days of the date of this order; otherwise, this action is subject to dismissal with prejudice; and

5) Plaintiff's claims arising under state law are **DISMISSED** with prejudice;

Date: 6/13/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court